UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA, New York, N.Y.

v. 17 Cr. 0363(GBD)

PEDRO GARCIA PENA,

Defendant.

------------------------------x

October 25, 20017
10:31 a.m.

Before:

HON. GEORGE B. DANIELS,

District Judge

APPEARANCES

JOON H. KIM
Acting United States Attorney for the
Southern District of New York
BY: MATTHEW D. PODOLSKY
Assistant United States Attorney

FEDERAL DEFENDERS OF NEW YORK INC.
Attorneys for Defendant
BY: JULIA L. GATTO

- also present -

Francisco Olivero,
Spanish Language Interpreter

(case called)

THE CLERK: If the parties can please rise and state their appearances, starting with the government.

MR. PODOLSKY: Good morning, your Honor. Matthew Podolsky for the government.

THE COURT: Good morning.

MS. GATTO: Good morning, your Honor. Federal Defenders of New York by Julia Gatto for Mr. Garcia Pena.

THE COURT: Good morning.

Let me start with the government. What is the status from the government's perspective?

MR. PODOLSKY: Yes, your Honor. At this point production of discovery has been completed. The government remains open to a potential negotiated resolution to this case, but I think at this point it makes sense to go ahead and set a motion schedule for any potential motions the defendant wishes to make.

THE COURT: Ms. Gatto, how do you want to proceed?

MS. GATTO: That's right. I would like to set a motion schedule, and we may or may not engage in plea discussions but we can do that at the same time. I was thinking, if it was all right with the Court, a motion schedule where my submission was due sometime in early December.

THE COURT: OK. All right. Why don't I -- let's see, the government can respond in two weeks if you file it by, say,

December 6th.

MS. GATTO: That is fine, your Honor.

THE COURT: The government will respond by the 20th.

MR. PODOLSKY: That is fine with the government, your Honor.

THE COURT: I'll set it down for, say, January 10th, and we'll see where we are at that point in time at 10 o'clock.

MS. GATTO: Your Honor, I have an appointment that morning. Can we do it another day that week?

(The Court conferred with the clerk)

THE COURT: How is January 11?

MS. GATTO: That is fine. Thank you.

THE COURT: At 10 o'clock.

If there is a proposed disposition, just contact my chambers before then and I can bring in the parties and we can do that before that date, particularly if that is in lieu of the motion. But otherwise I will anticipate the motion to be fully submitted in December, and then we can see where we are with regard to the case on January 11th.

Is there anything else, then, by the government?

MR. PODOLSKY: Your Honor, the government would move to exclude time between now and January 11th from the speedy trial clock calculations to permit defense counsel to prepare any motions and to permit the parties to continue talking regarding a disposition of this case.

THE COURT: Any objections?

MS. GATTO: No objections.

THE COURT: I will exclude the time in the interest of justice to facilitate any possible plea discussions and motions.

Anything further, Ms. Gatto?

MS. GATTO: No, your Honor. Thank you.

THE COURT: All right. Then I will see everyone on January 11th unless I hear from you before then.

MR. PODOLSKY: Thank you, your Honor.

THE COURT: You are welcome.

\- - -