UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
: 
UNITED STATES, :
:
:
Plaintiff, : 17-cr-363 (GBD)
:
-vs- :
:
PEDRO GARCIA-PENA, :
:
Defendant. :
:
------------------------------------- x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon (i) the Declaration of Corey Omer, dated July 27, 2018, and the exhibits attached thereto, and (ii) the accompanying Memorandum of Law, the undersigned counsel shall move this Court before the Honorable George B. Daniels, United States District Judge, United States District Court for the Southern District of New York at 500 Pearl Street, Daniel Patrick Moynihan U.S. Courthouse, New York, on September 12, 2018 at 10:30 a.m. to dismiss the Indictment, and compel discovery.

Dated:  New York, New York
        July 27, 2018

                                    Respectfully submitted,

                                     /s/ Alexander J. Willscher
                                    Alexander J. Willscher
                                    Corey Omer
                                    Elizabeth V. Young
                                    125 Broad Street
                                    New York, New York 10004
                                    (212) 558-4000

                                    *Attorneys for Defendant Pedro Garcia-Pena*