SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 31 2019

July 30, 2019

SO ORDERED

JUL 3 1 2019

The sentencing is adjourned from August 14, 2019 to October 24, 2019 at 10:00 a.m.

George B. Daniels
HON. GEORGE B. DANIELS

Via ECF

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Pedro Garcia Pena*, 17 Cr. 363 (GBD)
Request to Adjourn August 14, 2019 Sentencing Hearing

Dear Judge Daniels:

I am appointed counsel to defendant Pedro Garcia-Pena in the above-referenced case. I write to respectfully request that the Court adjourn Mr. Garcia-Pena's sentencing hearing, currently scheduled for August 14, 2019, by 60 days. As the Government noted in its July 3, 2019 letter to the Court (ECF No. 61), the parties are conferring regarding next steps in light of the impact of the Supreme Court's June 24, 2019 decision in *United States* v. *Davis*, 139 S. Ct. 2319 (2019), on Mr. Garcia-Pena's guilty plea. The parties will promptly inform the Court once they have reached a proposed resolution for the Court's consideration.

The Government joins in this request. This is the parties' first request for an adjournment of the sentencing hearing.

Respectfully submitted,

/s/ Alexander J. Willscher

Alexander J. Willscher

cc: AUSA Matthew D. Podolsky (via ECF)