**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                                                    <u>ORDER</u>

PEDRO GARCIA PENA,                    17 Cr. 363-1 (GBD)

                    Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The April 7, 2020 sentencing is adjourned to June 9, 2020 at 10:00 a.m.

Dated: New York, New York                SO ORDERED.
       March 20, 2020

                                                          _____
                                                           GEORG B. DANIELS
                                                           United States District Judge