UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

PEDRO GARCIA PENA,

Defendant.

------------------------------------x

ORDER

17 Cr. 363-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the open motion at ECF No. 87 as having been mooted by the Government's filing at ECF No. 86.

Dated: October 6, 2022
New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge